Commonwealth *v.* Harrisburg, Appellant.

Argued May 22, 1939. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

204

*Paul G. Smith,* City Solicitor, with him *Nathan Leh-mayer,* for appellant.

*Frank A. Sinon,* Deputy Attorney General, with him *Claude T. Reno,* Attorney General, for appellee.

PER CURIAM, June 19, 1939:

The judgment of the court below is affirmed upon the opinion of President Judge HARGEST.